IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RICHARD T. ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>ELLEN WILKINSON, SAN UNION CORPORATION, OFFICER VERELLA, OFFICER CHAMPION, and OFFICER PALACIOS,<br><br>    Defendants.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Interested Third Party. | CIVIL CASE NO. 18-00016<br><br>**ORDER**<br>Granting Request for Extension of Time to Serve Defendants |

This matter is scheduled to come before the court on August 30, 2018, for a scheduling conference. On August 24, 2018, the Plaintiff filed an "Advisement to the Court Under Rule 4(m)." *See* ECF No. 4. Therein, the Plaintiff informed the court that he was "recently contacted by the investigator for the United States Department of labor (OSHA)" with regard to the Plaintiff's claims against the Defendants. *Id.* at 1. The Plaintiff hopes to determine whether OSHA will include his claims as part of OSHA's investigation, and if so, then the Plaintiff states that he will dismiss this case. *Id.* at 2. He further states that he has not yet served a copy of the complaint and summons on the Defendants. *Id.* He thus requests an extension of time to serve the Defendants under Rule 4(m) of the Federal Rules of Civil Procedure.

For good cause shown, the court grants the Plaintiff's request and orders that he effectuate service on the Defendants no later than November 16, 2018.

Having granted the extension, the court continues the August 30th scheduling conference to December 7, 2018, at 9:00 a.m.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 30, 2018**